# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WELLS FARGO BANK, N.A.,**

      **Plaintiff,**

-vs-　　　　　　　　　　　　　　　　　　　　**Case No.  6:11-cv-1746-Orl-28GJK**

**IRAIDA  PINERO GOEPP,  FRANCIS E. PINEIRO GOEPP,  ROBERT C. GOEPP, MYRA GOEPP,  HEIDI M. GOEPP-SCHURMAN,  JULIA G. BENKOSKI ,**

      **Defendants.**

_____

# ORDER

This case is before the Court on Wells Fargo Bank, N.A.'s Motion for Summary Judgment on Amended Complaint for Interpleader, Statement of Undisputable Facts in Support of Motion for Summary Judgment (Doc. No. 19) filed March 1, 2012, and Wells Fargo Bank, N.A.'s Supplemental Motion for Attorneys' Fees in Connection with Motion for Summary Judgment on Amended Complaint (Doc. No. 64) filed July 6, 2012.  The United States Magistrate Judge has submitted a report recommending that the motions be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.　　That the Report and Recommendation filed October 10, 2012 (Doc. No. 76) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Wells Fargo Bank, N.A.'s Motion for Summary Judgment on Amended Complaint for Interpleader, Statement of Undisputable Facts in Support of Motion for Summary Judgment (Doc. No. 19) is **GRANTED**.

3. Wells Fargo Bank, N.A.'s Supplemental Motion for Attorneys' Fees in Connection with Motion for Summary Judgment on Amended Complaint (Doc. No. 64) is **GRANTED**.

4. Wells Fargo Bank, N.A. is awarded $18,582.00 in attorneys' fees and costs, which shall be deducted from the proceeds that are in dispute in this matter and currently held by Wells Fargo Bank, N.A.

5. Wells Fargo Bank, N.A. is directed to deposit $488,080.28 (the sum in dispute of $506,662.28 less $18,582.00) into the Court's registry.

6. Wells Fargo Bank, N.A. and its agents are discharged from any and all liability or responsibility concerning the check of $506,662.28 issued by Premier Bank of Puerto Rico to Iraida Pineiro, Francis Pineiro, and Robert Goepp and deposited into an account at Wells Fargo Bank, N.A. (the "Check"), the accounts at issue, and the proceeds of the Check.

7. All Claimants to the funds and accounts at issue are restrained and enjoined from instituting, commencing, or maintaining any action against Wells Fargo Bank, N.A. and its agents relating to the Check, the accounts at issue, and the proceeds of the Check.

8. Wells Fargo Bank, N.A. shall be dismissed with prejudice after it deposits the $488,080.28 into the Court's registry.

9. All Claimants to the funds and accounts at issue shall file their respective claims to the proceeds within fourteen (14) days from the date of this Order.

10.     Answers to any claims that are filed as set forth in paragraph 9 above, shall be filed within fourteen (14) days from the date any such claim is filed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 30th day of October, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party