UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WELLS FARGO BANK, N.A.,**

        **Plaintiff,**

-vs-                                    Case No.  6:11-cv-1746-Orl-41CEM

**IRAIDA PINEIRO GOEPP, FRANCIS E.
PINEIRO GARCIA, ROBERT C. GOEPP,
individually and as Power of Attorney for Iraida
Pineiro Goepp, MYRA GOEPP, as Power of
Attorney for Iraida Pineiro Goepp, HEIDI M.
GOEPP-SCHURMAN, as Power of
Attorney for Iraida Pineiro Goepp, and JULIA
G. BENKOSKI, as Attorney Ad Litem for Iraida
Pineiro Goepp, DONALD F. CARNES, as
Guardian Ad Litem for Iraida Pineiro, and
FELIPE BRAVO-GARCIA,**

        **Defendants.**

**ORDER**

THIS CAUSE came before the Court upon Plaintiff's Motion to Reopen Case for Limited Purpose of Interpleading Proceeds and Accounts at Issue in Action (Doc. 107).  Subsequent to granting the above Motion, the Court issued an Order referring the contested matter of attorney's fees to the United States Magistrate for consideration (Doc. 110).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  The Report and Recommendation filed on June 30, 2014 (Doc. 113) is hereby **ADOPTED** and **CONFIRMED** and incorporated into this Order.  Specifically, the Plaintiff is hereby awarded reasonable attorneys' fees in the amount of $1,549.50, payable from the remaining interpleader fund.  The Clerk of Court shall remit $1,549.50 of the remaining interpleader fund to counsel for the Plaintiff.

**DONE** and **ORDERED** in Orlando, Florida, on July 16, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties